

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00753-CR

Sherri Dee **BUCHANS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7558
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 15, 2015.

_____
Luz Elena D. Chapa, Justice